IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES CHARLES FUDGE,  \*
ADC #78875  \*
\*
   Plaintiff,  \*
v.  \*  No. 5:09-cv-00004-SWW-JJV
\*
JOE PAGE, Captain, Varner Unit, Arkansas  \*
Department of Correction; *et al.,*  \*
\*
   Defendants.  \*

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' First Motion for Summary Judgment (Doc. No. 51) is GRANTED.

2. Plaintiff's Complaint against Defendants is DISMISSED with prejudice.

IT IS SO ORDERED this 25th day of February, 2011.

            /s/Susan Webber Wright
            UNITED STATES DISTRICT JUDGE