## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | | |
|---|---|---|
| JAMES CHARLES FUDGE, | * | |
| ADC #78875 | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 5:09-cv-00004-SWW-JJV |
| | * | |
| JOE PAGE, Captain, Varner Unit, Arkansas | * | |
| Department of Correction; *et al.,* | * | |
| | * | |
| Defendants. | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 25th day of February, 2011.

                                                /s/Susan Webber Wright
                                       UNITED STATES DISTRICT JUDGE